UNITED STATES of America, Plaintiff–Appellee,

v.

Wilbert Grady LEE, Jr., a/k/a Griz, Defendant–Appellant.

No. 12–6307.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2013.

Decided: July 5, 2013.

Wilbert Grady Lee, Jr., Appellant Pro Se. Shawn Angus Morgan, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

Before AGEE and THACKER, Circuit Judges, HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert Grady Lee, Jr., appeals the district court's order granting, in part, his 18

U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Lee,* No. 1:06–cr–00081–IMK–1 (N.D.W.Va. Jan. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*